# United States Court of Appeals
## For the First Circuit

No. 17-1364

UNITED STATES,

Appellee,

v.

JUAN JOSE TULL-ABREU,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 19, 2019, is amended as follows:

On page 9, footnote 1, line 2, replace "they do" with "it does".